# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:18–mc–00179–DLF

MICRON TECHNOLOGY, INC. v. U.S. INTERNATIONAL TRADE COMMISSION
Assigned to: Judge Dabney L. Friedrich
Cause: Civil Miscellaneous Case

Date Filed: 12/03/2018
Date Terminated: 01/22/2019
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Respondent**

**U.S. INTERNATIONAL TRADE COMMISSION**     represented by     **Megan M. Valentine**
INTERNATIONAL TRADE COMMISSION
General Counsel
500 E Street, SW
Suite 707
Washington, DC 20436
(202) 708–2301
Email: megan.valentine@usitc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sidney A. Rosenzweig**
UNITED STATES INTERNATIONAL TRADE COMMISSION
500 E Street, SW
Suite 707
Washington, DC 20436
(202) 708–2532
Email: sidney.rosenzweig@usitc.gov
*ATTORNEY TO BE NOTICED*

**Movant**

**MICRON TECHNOLOGY, INC.**     represented by     **Matthew James Dowd**
DOWD PLLC
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, DC 20006
(202) 559–9175
Fax: (202) 204–5877
Email: mdowd@dowdscheffel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2018 | Ï 1 | MOTION to Transfer, MOTION to Compel by MICRON TECHNOLOGY, INC. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Matthew J. Dowd, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit c, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 |

| | | |
|---|---|---|
| | | Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Exhibit U, # 24 Exhibit V, # 25 Exhibit W, # 26 Exhibit X, # 27 Exhibit Y, # 28 Exhibit Z, # 29 Exhibit AA, # 30 Exhibit BB, # 31 Exhibit CC, # 32 Exhibit DD, # 33 Exhibit EE, # 34 Exhibit FF, # 35 Exhibit GG, # 36 Certificate of Service, # 37 Text of Proposed Order) (tth) Modified on 1/7/2019 (ztth). (Entered: 12/04/2018) |
| 12/03/2018 | Ï 2 | NOTICE of Appearance by Matthew James Dowd on behalf of MICRON TECHNOLOGY, INC. (Attachment: # 1 Certificate of Service) (tth) (Entered: 12/04/2018) |
| 12/03/2018 | Ï | Filing fee received: $ 47, receipt number: 4616095722. (tth) (Entered: 12/04/2018) |
| 12/14/2018 | Ï 3 | NOTICE of Appearance by Megan M. Valentine on behalf of U.S. INTERNATIONAL TRADE COMMISSION (Valentine, Megan) (Entered: 12/14/2018) |
| 12/14/2018 | Ï 4 | First MOTION for Extension of Time to File Response/Reply by U.S. INTERNATIONAL TRADE COMMISSION (Valentine, Megan) (Entered: 12/14/2018) |
| 12/14/2018 | Ï 5 | RESPONSE re 4 First MOTION for Extension of Time to File Response/Reply filed by MICRON TECHNOLOGY, INC.. (Dowd, Matthew) (Entered: 12/14/2018) |
| 12/15/2018 | Ï | MINUTE ORDER granting the respondent's unopposed 4 Motion for a Four–Day Extension of Time. The respondent shall file any opposition to the movant's 1 Motion to Transfer Pursuant to Federal Rule of Civil Procedure 45(f) and Motion to Compel Compliance Pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i) on or before December 21, 2018. Signed by Judge Dabney L. Friedrich on December 15, 2018. (lcdlf2) (Entered: 12/15/2018) |
| 12/17/2018 | Ï | Set/Reset Deadlines/Hearings: Respondent's opposition to movant's motion due by 12/21/2018. (jl) (Entered: 12/17/2018) |
| 12/19/2018 | Ï 6 | NOTICE of Appearance by Sidney A. Rosenzweig on behalf of U.S. INTERNATIONAL TRADE COMMISSION (Rosenzweig, Sidney) (Entered: 12/19/2018) |
| 12/21/2018 | Ï 7 | Memorandum in opposition to re 1 MOTION to Transfer Case MOTION to Compel filed by U.S. INTERNATIONAL TRADE COMMISSION. (Valentine, Megan) (Entered: 12/21/2018) |
| 12/25/2018 | Ï 8 | MOTION for Extension of Time to File Response/Reply as to 1 MOTION to Transfer Case MOTION to Compel by MICRON TECHNOLOGY, INC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Dowd, Matthew) (Entered: 12/25/2018) |
| 12/26/2018 | Ï | MINUTE ORDER granting the plaintiff's 8 Unopposed Motion for an Extension of Time. The plaintiff shall file its reply on or before January 3, 2019. Signed by Judge Dabney L. Friedrich on December 26, 2018. (lcdlf2) (Entered: 12/26/2018) |
| 12/26/2018 | Ï | Set/Reset Deadlines/Hearings: Plaintiff's reply due by 1/3/2019. (jl) (Entered: 12/26/2018) |
| 01/03/2019 | Ï 9 | REPLY to opposition to motion re 1 MOTION to Transfer Case MOTION to Compel filed by MICRON TECHNOLOGY, INC.. (Attachments: # 1 Declaration Supplemental Declaration of Matthew J. Dowd, # 2 Exhibit HH, # 3 Exhibit II, # 4 Exhibit JJ)(Dowd, Matthew) (Entered: 01/03/2019) |
| 01/08/2019 | Ï 10 | MOTION for Leave to File *Notice of Supplemental Authority and Supplemental Reply Brief in Support of Motion to Transfer and Compel* by MICRON TECHNOLOGY, INC. (Attachments: # 1 Supplement Notice of Supplemental Authority, # 2 Supplement Supplemental Reply, # 3 Exhibit 1 Discovery Order from Northern District of California, # 4 Exhibit 2 Joint Letter Brief, # 5 Text of Proposed Order)(Dowd, Matthew) (Entered: 01/08/2019) |
| 01/18/2019 | Ï | MINUTE ORDER granting in part and denying in part the movant's 10 Motion for Leave to File a Notice of Supplemental Authority and for Leave to File a Supplemental Reply in Support of its |

| | | |
|---|---|---|
| | | Motion to Transfer and Compel. Micron may file its notice of supplemental authority to apprise the Court of recent developments in the underlying litigation in the Northern District of California. However, it may not file a surreply because it has already had a full opportunity to refute the respondent's arguments and a surreply "would be of no assistance to the resolution of the pending motion." *Banner Health v. Sebelius*, 905 F. Supp. 2d 174, 187 (D.D.C. 2012). Signed by Judge Dabney L. Friedrich on January 18, 2019. (lcdlf2) (Entered: 01/18/2019) |
| 01/18/2019 | Ï 11 | ORDER granting the movant's 1 Motion to Transfer. The Clerk of Court is directed to close this case. See Order for details. Signed by Judge Dabney L. Friedrich on January 18, 2019. (lcdlf2) (Entered: 01/18/2019) |
| 01/18/2019 | Ï 12 | Memorandum Opinion regarding the movant's 1 Motion to Transfer. See text for details. Signed by Judge Dabney L. Friedrich on January 18, 2019. (lcdlf2) (Entered: 01/18/2019) |
| 02/25/2019 | Ï | Case transferred to the USDC for the Northern District of California, pursuant to the Court Order entered 1/18/2019. Sent to Court by extraction. (tth); Modified text on 2/25/2019 (tth). (Entered: 02/25/2019) |